UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

YANET GARRIDO DOVAL,

    Petitioner,

v.                                                                    No. 1:26-CV-098-H

MARKWAYNE MULLIN, et al.,

    Respondents.

## ORDER

Before the Court is Yanet Garrido Doval's petition for a writ of habeas corpus. Dkt. No. 1. The parties advise the Court that Garrido Doval is no longer in ICE custody. Dkt. No. 14 at 1. The Court therefore concludes that her claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on July 27, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE